UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRAVIS J. SCHOENHEIT, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:11-0207 |
| v. ) | Judge Campbell/Griffin/Brown |
| ) | **Jury Demand** |
| GENERAL MOTORS, LLC, ) | |
| ) | |
| Defendant ) | |

### O R D E R

A settlement conference was held in this matter on July 31, 2012. Although the parties bargained in good faith an agreement satisfactory to both sides could not be reached. While the Magistrate Judge advised the parties that he stood ready to assist with additional efforts to mediate, nothing remains at this time to be done by the undersigned Magistrate Judge and the **Clerk** is directed to return the file to Magistrate Judge Griffin.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge