UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TRAVIS J. SCHOENHEIT )
)
v. ) NO. 3:11-0207
) JUDGE CAMPBELL
GENERAL MOTORS LLC )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 37), to which no objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, (1) the Plaintiff's Motion for Attorney's Fees and Costs (Docket No. 29) is GRANTED; and (2) the Plaintiff is awarded a total of $10,556.93 in fees and costs.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE